## ALSAYA v. JOHNSON.
### No. 16856.

Court of Appeal of Louisiana. Orleans.
May 16, 1938.

For former opinion, see 178 So. 518.

Charles Mundy, of New Orleans, for appellant.

Claude L. Johnson, of New Orleans, in pro. per.

McCALEB, Judge.

A reconsideration of this case convinces us of the correctness of our former decree.

For the reasons assigned, our original opinion and decree herein are reinstated as the final judgment of this court.

Original decree reinstated.